**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

Monday, June 30, 2014

Mr. Herman Lee Kindred
TDC#671207
McConnell Unit
3001 S. Emily Dr.
Beeville, TX  78102

Hon. Michael A. Sheppard
District Attorney
307 N. Gonzales
Cuero, TX  77954

Re:      Cause No. 13-14-00357-CR
Tr.Ct.No. 13-5-9030
Style:    In Re Herman Lee Kindred

Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
      24th District Court
      Hon. Sharon Mathis, Jackson County District Clerk